IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Troy D Stafford, et al., | No. CV-22-01101-PHX-DJH |
| Appellants, | **SCHEDULING ORDER** |
| v. | |
| Robert Spencer, et al., | |
| Appellees. | |

  TAKE NOTICE that pursuant to Rule 16.2 of the Rules of Practice of the United States District Court for the District of Arizona (Local Rules), this action is designated an **expedited track** case.

  PURSUANT to Federal Rules of Bankruptcy Procedure 8008 and 8009, and by this order, the appellant shall serve and file an opening brief with the Clerk, United States District Court, within **fourteen (14) days** after the date this order is filed. The appellee shall serve and file a responsive brief with the Clerk, United States District Court, within **fourteen (14) days** after service of the appellant's brief; and the appellant may serve and file a reply with the Clerk, United States District Court, within **fourteen (14) days** after service of the appellee's brief.

  **IT IS FURTHER ORDERED** if this matter is stayed pending related proceedings, a written joint status report shall be due every **six (6) months** from date of the Order staying the case.

  **IT IS FINALLY ORDERED** failure to comply with provisions of Federal Rules

of Bankruptcy Procedure and this Notice and Order may result in the Court taking action for failure to perfect the appeal, including possible dismissal pursuant to Rule 8020-1 of the Local Rules.

Dated this 14th day of July, 2022.

_____
Honorable Diane J. Humetewa
United States District Judge